**STATE of Missouri (Respondent),**

v.

**John D. SCHNEIDER (Appellant).**

**No. WD 50441.**

Missouri Court of Appeals, Western District.

Dec. 12, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Jan. 30, 1996.

Application to Transfer Denied March 26, 1996.

Appellant, pro se.

Mikael R. Louraine, Asst. Pros. Atty., Callaway County, Fulton, for respondent.

Before HANNA, P.J., and ULRICH and SMITH, JJ.

*ORDER*

PER CURIAM.

Appeal from the trial court's conviction under § 304.016 for passing a vehicle on the right by driving off the main traveled portion of the roadway.

Judgment affirmed. Rule 30.25(b).

**Judy FIERSTEIN, Plaintiff/Appellant,**

v.

**Jeffrey FIERSTEIN, Defendant/Respondent.**

**No. 67979.**

Missouri Court of Appeals, Eastern District, Division One.

Dec. 12, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 7, 1996.

Application to Transfer Denied March 26, 1996.

Theodore S. Schechter, Michael L. Schechter, Schechter & Watkins, P.C., Clayton, for appellant.

Thomas M. Blumenthal, Bruce E. Friedman, Paule, Camazine & Blumenthal, P.C., Clayton, for respondent.

Before REINHARD, P.J., and KAROHL and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Wife appeals the trial court's order granting husband's motion to dismiss wife's petition to set aside the decree of dissolution. We affirm. The findings and conclusions of the trial court are not erroneous; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).